IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CORDELL LOVE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-25-913-SLP |
| ) | |
| EQUIFAX INFORMATION SERVICES, ) | |
| LLC and EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On November 14, 2025, Plaintiff filed what purports to be his Amended Complaint [Doc. No. 15]. Federal Rule of Civil Procedure 15(a)(1) allows amendments as a matter of course if filed (A) within 21 days of service of the original pleading or (B) within 21 days after the earlier of service of a responsive pleading or service of a motion made under Rule 12(b), (e), or (f)—when the pleading is one to which a responsive pleading is required. Neither scenario for amendment as a matter of course is present in this case.

Rule 15(a)(2) allows amendment of a pleading with (i) the opposing party's written consent or (ii) leave of the Court. Here, Plaintiff has not indicated that consent of the opposing party/parties has been given in writing. Nor has the Court granted Plaintiff leave to file an amended pleading. Accordingly, Plaintiff's Amended Complaint [Doc. No. 15] is STRICKEN because it was not filed in compliance with Rule 15(a).[1]

---

[1] If consent of the opposing party/parties in writing is given for Plaintiff to file an amended pleading, Plaintiff must so indicate in his amended pleading. This order is made without

IT IS SO ORDERED this 14th day of November, 2025.

*[signature]*

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE

---

prejudice to Plaintiff filing an amended complaint with consent of the opposing party/parties.