IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

CORDELL LOVE,                          )
                                       )
                Plaintiff,             )
                                       )
v.                                     )        Case No. CIV-25-913-SLP
                                       )
EQUIFAX INFORMATION SERVICES,          )
LLC and EXPERIAN INFORMATION           )
SOLUTIONS, INC.,                       )
                                       )
                Defendants.            )

## O R D E R

Before the Court is Defendant Experian Information Solutions, Inc. and Equifax Information Services, LLC's Joint Motion for Judgment on the Pleadings and Memorandum of Points and Authorities in Support [Doc. No. 39]. Subsequent to the filing of Defendant's Motion, Plaintiff filed his Third Amended Complaint [Doc. No. 49].[1] "The [A]mended [C]omplaint, as the operative complaint, supersedes the original complaint's allegations[.]" *May v. Segovia*, 929 F.3d 1223, 1229 (10th Cir. 2019). Thus, those allegations are of "no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991). Accordingly, Defendant Experian Information Solutions, Inc. and Equifax Information Services, LLC's Joint Motion for Judgment on the Pleadings and Memorandum of Points and Authorities in Support [Doc. No. 39] is DENIED as MOOT.

---

[1] While titled as the "Third Amended Complaint," it appears that this is the second amended complaint that Plaintiff has submitted.

IT IS SO ORDERED this 20th day of April, 2026.

**SCOTT L. PALK**
**UNITED STATES DISTRICT JUDGE**